IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-02043-MSK-MJW

ROSANNE RAINS,

        Plaintiff,

v.

MERCK AND COMPANY, INC., a New Jersey corporation,

        Defendant.
_____

### ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS FOR 60 DAYS
_____

        This matter is before the Court on the Joint Motion To Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation **(#8)**.  Upon consideration of the motion, the Court finds that it should be **GRANTED**, in part.  The Court hereby stays all pre-trial proceedings including all deadlines pursuant to the Federal Rules of Civil Procedure and Colo. Stat. Ann. 13-21-111.5 in this action for 60 days from the date of this Order.  If there is no transfer to MDL No. 1657 by that time, this case will proceed unless the parties renew their request for further stay.

        DATED this 8th day of November, 2005.

        **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge