IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02043-MSK-MJW

ROSANNE RAINS,

    Plaintiff,

vs.

MERCK AND COMPANY, INC., A NEW JERSEY CORPORATION

    Defendant.

## ORDER GRANTING JOINT MOTION TO VACATE JANUARY 17, 2006, SCHEDULING / PLANNING CONFERENCE

This matter is before the Court on the Joint Motion To Vacate the January 17, 2006, Scheduling / Planning Conference [Docket No. 14] in light of this matter's transfer to MDL-1657.  Upon consideration of the motion, the Court finds that it should be GRANTED.  The Court hereby vacates the January 17, 2006, Scheduling / Planning Conference.  Further, the parties need not file the proposed Scheduling Order, serve Confidential Settlement Statements or exchange Rule 26(a)(1) Disclosures, except as provided for by the MDL Court.

BY THE COURT:

Dated: January 6, 2006        s/Michael J. Watanabe

                                            Magistrate Judge

                                            U.S. District Court